# First District Court of Appeal
## State of Florida

_____

No. 1D2023-1690
_____

DERICK L. JONES,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Escambia County.
John F. Simon, Jr., Judge.

April 18, 2024


PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and BILBREY and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Robert David Malove of the Law Offices of Robert David Malove, P.A., Ft. Lauderdale, for Appellant.

Ashley Moody, Attorney General, and Darcy Townsend, Assistant Attorney General, Tallahassee, for Appellee.